**Law Office of**
*Francisco E. Celedonio, Esq.*
*401 Broadway, Suite 2506*
*New York, New York 10013*

NOV 14 2007

(212) 219-7533                                              Fax (212) 219-4094

November 14, 2007

**VIA FACSIMILE**
Honorable Douglas F. Eaton
United States Magistrate Judge
Southern District of New York
New York, New York 10007

**MEMO ENDORSED**

SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/19/07

Re:   *United States v. Jisel Cordero,*
        07 CR. 849 (DFE)

Dear Judge Eaton:

     I am counsel to Ms. Jisel Cordero, the above-referenced defendant, who pled guilty before Your Honor and is scheduled to be sentenced on December 3, 2007.

     This letter the seeks an adjournment of the sentencing date to December 13, 2007, at 3pm. This request is necessary due to an appearance I have, in an unrelated case, before the Capital Case Unit of the Department of Justice, in Washington, D.C.. I respectfully submit that, assuming the Court's availability on the suggested date, the adjournment will not hinder the administration of justice, and allow me to proceed in an important element of a death-eligible case.

     I have communicated with AUSA Randall Jackson who informs me that the government consents to this request

Respectfully Submitted,

Francisco E. Celedonio, Esq.

*[Handwritten endorsement:]* 11/19/07 - I grant this adjournment. December 13 is a Thursday afternoon. I am not sure whether Courtroom 18A will be available to me. Please call my chambers on December 11 or 12 to learn the courtroom.

*Douglas F. Eaton*

cc: AUSA Randall Jackson

**MEMO ENDORSED**

*Law office of*
*Francisco E. Celedonio, Esq.*
*401 Broadway, 25th Flr.*
*New York, New York 10013*

*(212) 219-7533*                    *Fax (212) 219-4094*

November 14, 2007

## FAX COVER SHEET

FROM:     FRANCISCO E. CELEDONIO, ESQ.

TO:       Hon. Douglas F. Eaton, U.S.M.J
          AUSA Randall Jackson

FAX:      212-805-6181

RE:       Jisel Cordero

TOTAL NUMBER OF PAGES:

                              Francisco E. Celedonio